IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: DWIGHT & NATASHA RUSSELL                    CASE NO.: 08-13173
                                                          CHAPTER 13


DWIGHT & NATASHA RUSSELL                                  PLAINTIFFS

VS.                                    ADVERSARY PROC. NO.: 08-01215-NPO


QUEEN CITY FURNITURE                                       DEFENDANT


## ORDER AUTHORIZING APPROVAL OF COMPROMISE AND SETTLEMENT

Upon Application for Compromise and Settlement, filed by P. Scott Phillips, attorney for

the Defendant, Queen City Furniture, requesting authority for debtors to accept a settlement offer

that has been made to the debtors and it having been announced that Debtors have agreed to the

terms thereof, and it appearing to the satisfaction of the Court that such settlement offer is in the

best interest of the bankruptcy estate.

**IT IS THEREFORE ORDERED** that settlement of debtors' claim is hereby approved

and authorized that Arnold D. Lee, counsel for the debtor herein, is authorized to accept the

$1,000.00 settlement on behalf of the debtors as set out in the Application and the Defendant's

Proof of Claim filed in this case will be disallowed and the underlying debt canceled and void

whether or not the debtor receives a discharge in this case.

Date: April 6, 2009

BANKRUPTCY JUDGE

Submitted by:


/s/ Arnold D. Lee
Arnold D. Lee,
ATTORNEY FOR DEBTORS


/s/ P. Scott Phillips
P. Scott Phillips
ATTORNEY FOR QUEEN CITY FURNITURE